**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**TROY CHEW**                                                                                                  **PLAINTIFF**

v.                                                                         **No. 2:11CV5-P-S**

**CORRECTIONS CORPORATION
OF AMERICA, ET AL., ET AL.**                                                    **DEFENDANTS**

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated July 13, 2011, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 13, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That defendants Bobby Phillips, Damon Hininger, Lucibeth Mayberry, Brian Collins and Jimmy Turner are **DISMISSED** from this case with prejudice.

3. That the plaintiff's claims regarding denial and delay of medical care are **DISMISSED** with prejudice.

      4.      That the plaintiff's claim of retaliation against defendants Strong and Horton will proceed.

THIS, the 15th day of September, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE